IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JUANITA WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) CASE NO. 1:23-cv-292-RAH |
| CHOICE HEALTH INSURANCE INSURANCE, LLC., | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

Pending before the Court is Plaintiff's *Motion for Attorney Fees for Class Counsel Fees and Expenses*. (Doc. 37.) A Final Approval Hearing for this matter is set for **July 9, 2024** at **10 a.m.** in Courtroom 2D of the Frank M. Johnson, Jr. Federal Courthouse in Montgomery, Alabama. The request for attorneys' fees and expenses, and any objections thereto, will be heard at the July 9, 2024 hearing. All briefs in support of or in opposition must be filed on or by **June 25, 2024.**

**DONE,** on this the 23rd day of April 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE