IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JUANITA WILLIAMS, on behalf of herself and others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:23-cv-292-RAH ) |
| CHOICE HEALTH INSURANCE, LLC, | ) ) |
| Defendant. | ) |

## **ORDER**

Pending before the Court is Plaintiff's *Motion for Final Approval of Class Action Settlement*. (Doc. 40.) In the proposed settlement agreement, Plaintiff is to receive a "Representative Plaintiff Award" in the amount of $10,000 for services performed for the Settlement Class.

In *Johnson v. NPAS Solutions, LLC*, 975 F.3d 1244, 1257 (11th Cir. 2020), the Eleventh Circuit foreclosed payments to class representatives for personal services. Therefore, Plaintiff is **ORDERED** to brief the issue, in no more than <u>five</u> pages, of the validity of the Representative Plaintiff Award under Eleventh Circuit precedent. Plaintiff shall file her response to this Order on or by **July 8, 2024.**

**DONE,** on this the 2nd day of July, 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE